UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

PATRICK BAKER & SONS, INC.          :

      Plaintiff                                :         Civil Action No.: 3:17-cv-00664-JAM

v.
                                                         :

ST. KILLIAN CANDLE COMPANY          :         June 1, 2017
LIMITED

      Defendant

## AMENDED COMPLAINT

### I.  INTRODUCTION

1. This is an action to redress claims of breach of contract, tortious interference with business expectancy and violation of the Connecticut Unfair Trade Practices Act, Conn. Gen Stat. § 42-110a et seq.

### II.  PARTIES

2. Plaintiff, Patrick Baker & Sons, Inc. ("Plaintiff") is a corporation organized under the laws of The State of Connecticut with a principal place of business located at 1650 West Street, Southington, Connecticut.

3. Defendant, St. Killian Candle Company Limited ("Defendant") is a business entity organized under the laws of the Republic of Ireland with a principal place of business in Cahir, County Tipperary.

### III.  JURISDICTION

4. On April 21, 2017, pursuant to 28 U.S.C.S. § 1441 et seq., Defendant filed a

Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT 06062
(860) 351-5254
Fax: (860) 351-5442
www.jblawct.com

Notice of Removal from Connecticut Superior Court, Judicial District of Hartford. This court has jurisdiction pursuant to 28 U.S.C. § 1332 because the case is between a citizen of a State and a citizen of a foreign state and the amount in controversy exceeds the sum of $ 75,000, exclusive of interest and costs.

## IV. <u>COUNT ONE-BREACH OF CONTRACT</u>

5. Defendant realleges and incorporates paragraphs 1 through 4 as if fully set forth herein.

6. Defendant is in the business of designing and/or selling products for churches, shrines, cathedrals and/or houses of worship, including, but not limited to votive candle racks and candles.

7. On or about January 28, 2012, and for some time prior thereto, the parties were involved in negotiating a relationship whereby Plaintiff would provide services to Defendant in aide of the latter's desire to market and sell its products in the United States.

8. On or about January 28, 2012, and for some prior thereto, Plaintiff had a long standing relationship with many churches and cathedrals in the United States as a vendor and supplier of ecclesiastical products.

9. One of those relationships was with Saint Patrick's Cathedral in New York City.

10. Defendant sought from Plaintiff, based on this relationship, aide and assistance in marketing and ultimately selling a demonstration candle rack to St. Patrick's Cathedral in March 2011.

11. As a result of Plaintiff's efforts, Defendant was able to establish a relationship at

Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT 06062
(860) 351-5254
Fax: (860) 351-5442
www.jblawct.com

St. Patrick's cathedral.

12. Defendant knew of these relationships and these relationships were a substantial factor in Defendant wishing to do business with Plaintiff.

13. On or about January 28, 2012, Plaintiff and Defendant entered into a contract, a copy of which is attached hereto as Exhibit A, and the terms therein are incorporated hereof as if more fully set forth herein.

14. The terms of the Contract were such that that Plaintiff was to be the exclusive distributor and/or dealer of products made by Defendant, including candle racks for churches and houses of worship in Connecticut and the remaining New England states.

15. The Contract also provided that Plaintiff would be the representative for Defendant in negotiating with "top cathedrals and shrines" throughout the remainder of the United States, and would be paid a commission for any sales made to said customers.

16. Pursuant to the terms of the Contract, Defendant agreed to pay Plaintiff a commission for candles and candle racks sold, including, but not limited to those sold to St. Patrick's Cathedral.

17. From March 2011 up to the time the Contract was executed, and thereafter, the Defendant sought to undermine and/or influence St. Patrick's Cathedral to remove its business from the Plaintiff and deliver same to the Defendant.

18. Plaintiff executed the contract described herein with Defendant under the impression and belief that it would be Defendant's representative in the United States.

19. Defendant sought to leverage Plaintiff's relationships in the United States, including that with St. Patrick's Cathedral, to secure the business relationships for itself.

Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT 06062
(860) 351-5254
Fax: (860) 351-5442
www.jblawct.com

20. After the Contract was executed, Plaintiff undertook efforts to sell and market Defendant's products to various cathedrals and shrines throughout the United States, including St. Patrick's Cathedral in New York City.

21. These efforts included inviting representatives from St. Patrick's Cathedral to their place of business in Ireland in an effort to directly market and sell to them in violation of the terms of the Contract.

22. Notwithstanding the conduct of Defendant, Plaintiff did sell Defendant's candles and candle racks as provided for in the Contract.

23. Defendant has breached its obligations under the Contact in that it has failed to pay the Commissions and Fees due Plaintiff thereunder, failed to honor orders; failed to repair candle racks as required, withheld product from Plaintiff that was to be sold on Defendant's behalf, and sold product directly to customers of Plaintiff in violation of the terms therein set forth.

24. As a result of Defendant's Breach of Contract, Plaintiff has suffered economic damages.

## COUNT TWO-TORTIOUS INTERFERENCE WITH A BUSINESS EXPECTANCY

25. Plaintiff realleges and incorporates by reference Paragraphs 1-24 as if fully set forth herein.

26. At all times pertinent hereto up until the present Defendant has intentionally and

Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT 06062
(860) 351-5254
Fax: (860) 351-5442
www.jblawct.com

deliberately interfered with a relationship that existed and that Defendant knew existed between Plaintiff and St. Patrick's Cathedral prior to the entering of the Contract, in that it:

a. Contacted representatives from St. Patrick's Cathedral without Plaintiff knowing;

b. Undercut price quotes given by Plaintiff to St. Patrick's Cathedral while Plaintiff was working with the Cathedral on Defendant's behalf; and

c. Made disparaging and/or untrue comments about Plaintiff to St. Patrick's Cathedral undermining the latter's confidence in the former.

27. As a result of this interference, St. Patricks' Cathedral ceased doing business with Plaintiff.

28. As a result of this interference, Plaintiff has suffered economic harm and loss.

## COUNT THREE-CONNECTICUT UNFAIR TRADE PRACTICES ACT

29. Plaintiff realleges and incorporates by reference paragraphs 1 through 28 as if set forth fully herein.

30. Defendant is a business entity subject to the provisions of Connecticut General Statutes § 42-110a, et. seq., the Connecticut Unfair Trade Practices Act ("CUTPA").

31. At all times relevant to this action up until the present, Defendant was engaged in the conduct of trade or commerce in the State of Connecticut within the meaning of CUTPA.

32. Defendant engaged in unfair and deceptive trade practices by entering into a contractual relationship with the Plaintiff it had no intention of fulfilling or honoring.

Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT 06062
(860) 351-5254
Fax: (860) 351-5442
www.jblawct.com

33. Defendant engaged in unfair and deceptive trade practices by inducing Plaintiff to introduce its customers and business relationships to Defendant under the guise of a contractual promise it had no intention of fulfilling or honoring.

34. Defendant engaged in unfair and deceptive trade practices when Defendant, in derogation of the explicit provisions of the contract providing that Plaintiff would represent Defendant in the United States, contacted Plaintiff's customers directly and engaged in direct competition with Plaintiff for its customers' business.

35. Defendant engaged in unfair and deceptive trade practices by interfering with existing business relationships of Plaintiff and its customers.

36. Defendant engaged in unfair and deceptive trade practices in failing to pay or compensate Plaintiff for services rendered when it knew or should have known that Plaintiff would incur substantial time and expense in attempting to fulfill its obligations under the Contract.

37. Defendant's actions in breaching the contract and using Plaintiff's valuable customer relationships to benefit itself to the detriment of Plaintiff and other competitors constitutes immoral, unethical, and unscrupulous conduct in violation of public policy.

38. Defendant's actions set forth herein constitute unfair and deceptive practices in violation of Connecticut General Statute § 42-110b (a).

39. Defendant's actions and practices set forth herein have caused substantial injury to Plaintiff and has caused Plaintiff to suffer an ascertainable loss.

Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT 06062
(860) 351-5254
Fax: (860) 351-5442
www.jblawct.com

WHEREFORE, PLAINTIFF CLAIMS A TRIAL BY JURY, JUDGMENT AGAINST DEFENDANT AND DAMAGES AS FOLLOWS:

1. Money Damages
2. Costs
3. Attorney's Fees
4. Pre and Post Judgment Interest
5. Punitive Damages
6. Such other relief this Court deems just and equitable

Respectfully submitted,

Plaintiff,
Patrick Baker & Sons, Inc.

By: /s/ William F. Beckert
William F. Beckert (ct13571)
Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT  06062
Telephone: (860) 351-5254
Fax: (860) 351-5442
Email: bill@jblawct.com

Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT 06062
(860) 351-5254
Fax: (860) 351-5442
www.jblawct.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, a copy of foregoing Amended Complaint was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ William F. Beckert
William F. Beckert, Esq., (ct13571)
144 West Main Street
Plainville, CT 06062
Phone: (860) 351-5254
Fax: (860) 351-5442
E-mail: bill@jblawct.com