# EXHIBIT A

Jainchill & Beckert, LLC
144 West Main Street
Plainville, CT 06062
(860) 351-5254
Fax: (860) 351-5442
www.jblawct.com



Cahir Business Park
Cahir
Co Tipperary
Ireland
Vat no IE9695034C
Tel no 00353 52 7441945
Fax no 00353 52 7441232

28th Jan 2012

Agreement between Sean /Michael Baker and Michael Barrett/Michael Murphy

Patrick Bakers and sons and Saint Killians Ireland;

Points that have been agreed during our meeting in our offices in Cahir, Co Tipperary.

1. Patrick Baker and Sons will represent the Saint Killian's Candle Company outside of all of the areas of New England.

2. Patrick Baker and sons will have exclusive distribution within New England

3. There will be a special price of 8.5 euro cent for Patrick Baker for these areas subject to change that may happen to the price of oil on the international market.

4. It has been agreed that Patrick Baker will achieve a number of 250 racks in churches by the end of 2012 in the new England areas.

5. Patrick Bakers have the right to appoint dealers in these areas of New England.

6. Saint Killian's will help in everyway to achieve these goals.

Agreement between Patrick Bakers and Saint Killians outside of New England

1. Patrick Baker & Sons agree to become St. Killian candle system representatives outside of New England. The agreement details are as such

- PB&S will target the top Cathedral and Shrines throughout the United States
- St. Killians will arrange a mailing which includes a full color brochure a DVD of the transformation of St. Patrick's Cathedral as well as a cover letter to all of the Cathedrals and Shrines provided by Patrick Baker & Sons.
- St. Killians will then forward all active leads that are generated through this campaign to PB&S.
- PB&S is then responsible for actively pursuing and ultimately closing these leads.
- St. Killians will be responsible for invoicing and administration of these sales.

Pricing and Commission structure for all sales outside New England to Patrick Baker & Sons

- PB&S will receive all profits over 13.5 us cents per candle with the understanding that the price per candle should not exceed 23 us cents. This is a 9.5 cent profit per candle to Patrick Baker & Sons for all sales outside of New England.

- Commissions on racks will be determined but are being calculated and negotiated

## Payment structure from Churches and from PB&S to St. Killians

- PB&S will work on block sales of apprx. 30 racks per order.
- Each account will be required to submit a deposit of 50% made out directly to St Killians Candle Company at the time of order. PB&S will be responsible to forward these checks to St. Killians Candle Company
- All commissions to Patrick Baker & Sons will be made upon receipt of second and final payment for merchandise received.
- Thereafter all additional candle sales commissions will be made payable within 7 days on receipt of payment from the church.
- New agreement on $1 per candle for St. Patrick Cathedral with W. Fallow.

MICHAEL MURPHY   *M. Murphy   28/1/2012*

MICHAEL BARRETT   *Michael Barrett   28/1/2012*

SEAN BAKER   *Sean C-Baker   1/28/12*

MICHAEL BAKER   *Michael Baker   1/28/12*